United States District Court
Southern District of Texas
**ENTERED**
November 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILLY JOE SNELLING, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:20-CV-203 |
| BRIAN COLLIER, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation (M&R). (D.E. 17). The M&R recommends that the Court dismiss Plaintiff's claim against Defendant V. Wall. *Id.*

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 17).

Accordingly, the Court **ORDERS** the following:

(1) The Court **DISMISSES with prejudice** Plaintiff's claim against Defendant Wall for failure to state a claim and/or as frivolous.

(2) Because Plaintiff's remaining claim concerning his current medical treatment at the Choice Moore Unit has been severed and transferred in a separate order to the Sherman Division of the Eastern District of Texas, the Court **DISMISSES with prejudice** Plaintiff's claims against Defendant Wall pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

A final judgment will be entered separately.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
November 3rd, 2021